**JAW LEGAL**
Jared A. Washkowitz, Esq. 7653-0
1050 Bishop Street, #450
Honolulu, Hawai`i 96813
Tel: (808) 840-7410
Fax: (415) 520-9729
Email: jwash@jawlegal.com

Attorneys for Plaintiff
PAMELA F. LEE dba PAMELA'S TRADING

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAI`I

| | |
|---|---|
| PAMELA F. LEE dba PAMELA'S TRADING<br><br>     Plaintiff,<br><br>   vs.<br><br>TONY S. LIU; PARADISE CORNER, LLC; JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1- 10 and DOE CORPORATIONS 1- 10,<br><br>     Defendants. | Case No. 12-00281 SOM KSC<br><br>FINDINGS AND RECOMMENDATION REGARDING PLAINTIFF PAMELA F. LEE DBA PAMELA'S TRADING MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS TONY S. LIU AND PARADISE CORNER, LLC<br><br>TRIAL DATE:   None set. |

FINDINGS AND RECOMMENDATION REGARDING PLAINTIFF PAMELA F. LEE DBA PAMELA'S TRADING MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST DEFENDANTS TONY S. LIU AND PARADISE CORNER, LLC

This matter came for hearing before the Court on September 12, 2012 at 9:00 a.m. upon Plaintiff PAMELA F. LEE dba PAMELA TRADING ("Plaintiff")'s Motion for Default Judgment against Defendants PARADISE CORNER, LLC and TONY S. LIU ("Defendants").

Counsel for Plaintiff appeared at the hearing. Defendants did not oppose the Motion, appear at the hearing, or communicate with the Court regarding the Motion.

This Court, having reviewed Plaintiff's moving papers, having heard the arguments of Plaintiff's counsel, and after considering the factors set forth in *Eitel v. McCool*, 892 F.2d 1470 (9th Cir. 1986), recommends that since Defendants have failed to plead in response to, or otherwise defend against the Complaint filed herein on May 22, 2012, Default Judgment should be entered against Defendants, jointly and severally, in the following amounts:

- Principal: **$164,958.75**

- Pre-judgment interest: **$296.93**

- Reparation Fees**: $500.00**

- Attorney's Fees (including tax), per Declaration of Counsel: **$4,941.36**

- Costs (including tax), per Declaration of Counsel: **$736.61**

Post-judgment interest to accrue from date of judgment at a rate of 10% per annum.

DATED: Honolulu, Hawaii, October 9, 2012.



Kevin S.C. Chang
United States Magistrate Judge