IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| PAMELA F. LEE dba PAMELA'S TRADING , | ) ) | CV 12-00281 SOM-KSC |
| | ) | ORDER ADOPTING MAGISTRATE |
| Plaintiff, | ) | JUDGE'S FINDINGS AND |
| | ) | RECOMMENDATION |
| vs. | ) | |
| | ) | |
| TONY S. LIU; PARADISE CORNER, LLC; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10 | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on October 09, 2012, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation Regarding Plaintiff Pamela F. Lee dba Pamela's Trading Motion for Default Judgment Against Defendants Tony S. Liu and Paradise Corner, LLC" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, October 30, 2012.



/s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge

Pamela F. Lee dba Pamela's Trading v. Tony S. Liu; Paradise Corner, LLC; Civ. 12-00281 SOM/KSC; Order Adopting Magistrate Judge's Findings and Recommendation